AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Altonaga, Cecilia M. | U.S. District Court, So. FL | 7/28/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Federal Courthouse Square
301 N. Miami Avenue
Miami, FL 33128-7705

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Miami-Dade County, Deferred Compensation Plan |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Holland & Knight, LLP-Partner/Employee |
| 2. | 2014 | Mercy & Charlie, LLC-Manager |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 7/28/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 7/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MiamiDade County Deferred Comp., Fidelity Contrafund | D | Dividend | L | T | | | | | |
| 2. MiamiDade County Deferred Comp., Nationwide Fixed | B | Dividend | K | T | | | | | |
| 3. MiamiDade County Deferred Comp., Neu Ber Eq Soc Resp | B | Dividend | J | T | | | | | |
| 4. Citifunds Interest | C | Interest | P1 | T | | | | | |
| 5. Alliance Bernstein Growth & Income Fund Class A | D | Dividend | M | T | | | | | |
| 6. Holland & Knight Profit Sharing Plan | | None | P1 | T | | | | | |
| 7. Fidelity Investments - NH Portfolio | | None | K | T | | | | | |
| 8. Bank of America CD | A | Interest | M | T | | | | | |
| 9. Northern Trust CD | A | Interest | N | T | | | | | |
| 10. Suntrust CD | A | Interest | N | T | | | | | |
| 11. Holland & Knight Equity Partner Fund | | None | N | T | | | | | |
| 12. Holland & Knight Equity Partner Fund | | None | M | T | | | | | |
| 13. Bank of America Checking | A | Interest | J | T | | | | | |
| 14. Citigold Interest | A | Interest | N | T | | | | | |
| 15. Well Fargo (Y) | | | | | | | | | |
| 16. Citi Private Bank | | None | K | T | | | | | |
| 17. Citi Private Bank (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 7/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Citi Private Bank (Y) | | | | | | | | | |
| 19. Citi Private Bank (Y) | | | | | | | | | |
| 20. TCF Bank (Y) | | | | | | | | | |
| 21. Florida Prepaid 4-Year University (X) | | None | J | T | | | | | |
| 22. Ameriprise Insured Money Market | A | Int./Div. | J | T | | | | | |
| 23. Citigroup Inc New | A | Dividend | K | T | | | | | |
| 24. General Electric Company | B | Dividend | L | T | | | | | |
| 25. Ameriprise Insured Money Market | A | Int./Div. | J | T | | | | | |
| 26. American Centruy Mid Cap Value CL A | A | Dividend | K | T | | | | | |
| 27. Blackrock High Yield Bond Investor CL A | A | Dividend | K | T | | | | | |
| 28. Active Portfolio Multi Manager Small Cap Equity CL A | | None | K | T | | | | | |
| 29. Active Portfolio Multi Manager Growth CL A | | None | K | T | | | | | |
| 30. Active Portfolio Multi Manager Value CL A | A | Dividend | K | T | | | | | |
| 31. Eaton Vance Fltg Rate & High Income CL A | A | Dividend | K | T | | | | | |
| 32. JP Morgan Strategic Income Opptys CL A | A | Dividend | K | T | | | | | |
| 33. JP Morgan Large Cap Growth CL A | | None | K | T | | | | | |
| 34. Western Asset Intermediate Term Municipal CL A | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 7/28/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. MFS Intl Value CL A | A | Dividend | K | T | | | | | |
| 36. MFS Emerging Markets Debt CL A | A | Dividend | K | T | | | | | |
| 37. MFS Value CL A | A | Dividend | K | T | | | | | |
| 38. Oppenheimer Intl Growth CL A | A | Dividend | K | T | | | | | |
| 39. Prudential Global Real Estate CL A | A | Dividend | K | T | | | | | |
| 40. Prudential Jennison Mid Cap Growth CL A | | None | K | T | | | | | |
| 41. Wells Fargo Advantage Emerging Markets Equity CL A | A | Dividend | K | T | | | | | |
| 42. Wells Fargo Advantage Shot Term Municipal Bond CL A | A | Dividend | K | T | | | | | |
| 43. Wells Fargo Advantage Municipal Bond CL A | B | Dividend | L | T | | | | | |
| 44. Ameriprise Insured Money Market | A | Int./Div. | J | T | | | | | |
| 45. American Century Mid Cap Value CL A | A | Dividend | J | T | | | | | |
| 46. Columbia Income Oppty CL A | A | Dividend | J | T | | | | | |
| 47. Active Portfolio Multi Manager Core Plus Bond CL A | B | Dividend | L | T | | | | | |
| 48. Active Portfolio Multi Manager Growth CL A | | None | J | T | | | | | |
| 49. Active Portfolio Multi Manager Value CL A | A | Dividend | J | T | | | | | |
| 50. Eaton Vance Fltg Rate & High Income CL A | A | Dividend | J | T | | | | | |
| 51. JP Morgan Strategic Income Opptys CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 7/28/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. JP Morgan Large Cap Growth CL A | | None | J | T | | | | | |
| 53. Lord Abbett Inflation Focused CL A | A | Dividend | J | T | | | | | |
| 54. MFS Intl Value CL A | A | Dividend | J | T | | | | | |
| 55. MFS Value CL A | A | Dividend | J | T | | | | | |
| 56. Oppenheimer Intl Growth CL A | A | Dividend | J | T | | | | | |
| 57. Wells Fargo Advantage Emerging Markets Equity CL A | A | Dividend | J | T | | | | | |
| 58. Ameriprise Insured Money Markey | A | Int./Div. | K | T | | | | | |
| 59. American Century Mid Cap Value CL A | A | Dividend | K | T | | | | | |
| 60. Blackrock High Yield Bond Investor CL A | B | Dividend | K | T | | | | | |
| 61. Columbia Income Oppty CL A | B | Dividend | K | T | | | | | |
| 62. Active Portfolio Multi Manager Growth CL A | | None | L | T | | | | | |
| 63. Active Portfolio Multi Manager Value CL A | A | Dividend | K | T | | | | | |
| 64. Eaton Vance Fltg Rate & High Income CL A | B | Dividend | K | T | | | | | |
| 65. JP Morgan Strategic Income Opptys CL A | A | Dividend | K | T | | | | | |
| 66. JP Morgan Large Cap Growth CL A | | None | K | T | | | | | |
| 67. Western Asset Intermediate Term Municipal CL A | D | Dividend | M | T | | | | | |
| 68. MFS Intl Value CL A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 7/28/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MFS Value CL A | A | Dividend | K | T | | | | | |
| 70. Oppenheimer Intl Growth CL A | A | Dividend | K | T | | | | | |
| 71. Wells Fargo Advantage Emerging Markets Equity CL A | A | Dividend | K | T | | | | | |
| 72. Wells Fargo Advantage Short Term Municipal Bond CL A | A | Dividend | L | T | | | | | |
| 73. Wells Fargo Advantage Municipal Bond CL A | C | Dividend | M | T | | | | | |
| 74. Columbia Money Market Fund Class A | A | Int./Div. | J | T | | | | | |
| 75. Columbia High Yeild Bond Fund Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 7/28/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS and TRUSTS

-Line 6. Holland & Knight Profit Sharing Plan: not self directed, there is no control and only can select level of risk.

-Line 7. Fidelity Investmenets-NH Portfolio: not self directed, there is no control and only can select level of risk.

-Line 11 & 12. Holland & Knight Equity Partner Fund: spouse's firm requires each equity partner to have an equity reserve in terms of paid in capital for each of its equity partners. These funds may not be accesed until the holder ceases to be an equity member. There is no control.

-Line 16. Wells Fargo Bank: account closed in 2014. Zero balance as of 12/31/2014 and interest income was below the threshold.

-Line 18. Citi Private Bank: income and ending value below threshold.

-Line 19. Citi Private Bank: income and ending value below threshold.

-Line 20. Citiprivate Bank: account closed in 2014. Zero balance as of 12/31/2014 and interest income was below the threshold.

-Line 21. TCF Bank: college bank account for daughter. Was closed in May 2014, zero balance. Interest income below threshold.

-Lines 22-75. This is a breakdown of the prior year line item 14, "Ameriprise Portfolio". Requested, after initial 2014 filing, by the Committee on Financial Disclosure to be listed by the individual assets this year.

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 7/28/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cecilia M. Altonaga**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544